# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| **Brandon Hicks** | Case No. **4:25cv4552** |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☐ No |
| -v- | |
| **Angela Banks-Hicks** | United States Courts<br>Southern District of Texas<br>FILED<br>**September 22, 2025**<br>Nathan Ochsner, Clerk of Court |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brandon Hicks |
| Street Address | 2156 Park Terr |
| City and County | College Park  Fulton County |
| State and Zip Code | Georgia 30337 |
| Telephone Number | 316 993 9133 |
| E-mail Address | lifetimelearner80@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Angela Banks-Hicks
- Job or Title (if known): Buyer/Purchaser (centerpoint)
- Street Address: 4147 Blue Forest Dr
- City and County: Humble, Harris County
- State and Zip Code: TX 77346
- Telephone Number: 832 878 9284
- E-mail Address (if known): 4147grace@gmail.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitutional Right to Due Process under the 14th Amendment of the U.S. Constitution and Article 1, section 19 of the Texas Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*written on a seperate sheet*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*written on a seperate sheet*

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/18/25

Signature of Plaintiff

Printed Name of Plaintiff: Brandon Hicks

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## III. Statement of Claim

2016-11354

Bill of Review

2025-22086


Angela Banks-Hicks, her former attorney, the judge that endorsed the our divorce, and the entire Harris County Court including the 246th Civil District court have assisted Angela Hicks in the violation of my Due Process Rights. Angela Banks-Hicks has provided no receipts for proof of service and no record of the 2015/2016 summons (no record was left with me) or the legal complaint whatsoever by the Harris County Courthouse, a process server, or constable as requested. I've submitted over 31+ pages of documents to the 246th Civil District Court, none of which have been acknowledged, not 1 page


Due Process Rights Violation-

1. No mandatory paternity test was performed to challenge paternity, and no proof of mandatory paternity test has legally been provided as asked
2. I was unknowingly signed a legal document under duress provided by Angela where she deliberately lied and misrepresented the contents of the document and her relation to the divorce. She did not allow me to view the document until she finished explained it and I signed it.
3. Angela Hicks' former attorney knowingly drafted a binding legal document that was signed by a Harris County Judge that did not ensure due process was performed
4. I was left homeless and received no escrow funds and zero proceeds from the sale of my home, that was secured with my VA Home Loan from combat military service.
5. I was not given the opportunity to represent myself or have representation or sufficient time to prepare an answer and no court date because there was no formal and legal service of process rendered.
6. Angela failed to disclose all of her financial assets to include her property out of state to make an educated decision.
7. I signed under duress because Angela was physically violent, it was my attempt to try to quietly get away from her to ensure I kept a blemish-free criminal record, which I still possess.

The 246th district court judge, Judge Angela Graves Harrington, has failed to allow me to ask Angela Banks- Hicks any questions, nor did the Judge Graves Harrington ask Angela Banks Hicks Any questions in relation to service of process or due process rights. The judge has repeatedly moved the goal post and I've been repeatedly ignored.

*I am seeking a final order of dismissal and financial relief because of all this is invalid.*

## IV. Relief

Sale of home + interest (since 2016)

Angela retirement (401k, 403b, stocks, corporate/government bonds, real estate investment trusts, Certificates of deposit, Exchange traded funds, Bitcoin, Mutual funds, Private funds, savings and checking accounts)

Any and all of Angela's investments + interest

Angela's property in Louisiana + interest

Gas, parking, court fees and filings + interest

Seeking punitive damages because I was lied to in order to prevent me from exercising my legal rights and made homeless.

I have repeatedly paid for gasoline, parking, court filing fees, and service from the constable's office for over 1 year.

Harris County Docket Sheet

# 2016-11354

**COURT:** 246th
**FILED DATE:** 2/23/2016
**CASE TYPE:** Divorce with Children



### HICKS, ANGELA
Attorney: MCKINNEY-MANNING, DAGNEE BAVIER

vs.

### HICKS, BRANDON DEWAYNE

## Trial Settings

| Date | Comment |
|---|---|
| 12/17/2024 | Docket Set For: Trial Setting;Re-Set |
| 2/24/2025 | Docket Set For: Trial Setting;Hearing Held |

## Docket Sheet Entries

| Date | Comment |
|---|---|
| 5/16/2016 | 8W - UNCONTESTED WAIVER DIVORCE |
| 5/16/2016 | FCSIN - FOCAS PROJECT - IN |
| 5/16/2016 | AOWOX - ORDER SIGNED GRANTING ASSIGNMENT OF WAGES |
| 5/16/2016 | W appeared w/atty. H signed Waiver and Decree. Divorce granted. Decree and WWO e-signed. |
| 1/17/2017 | ENPTX - ORDER GRANTING ENTRY OF NUNC PRO TUNC SIGNED |
| 1/17/2017 | NPTJ - JUDGMENT NUNC PRO TUNC SIGNED |
| 1/17/2017 | Motion Nunc Pro Tunc Granted. |
| 8/3/2022 | 14NG - MOTIONS FOR POST JUDGMENT D.W.O.P. |
| 10/11/2022 | CASO - ORDER SIGNED SETTING HEARING |
| 3/17/2024 | CASO - ORDER SIGNED SETTING HEARING |
| 4/9/2024 | APALX - ORDER TO APPOINT ATTORNEY AD LITEM GRANTED |
| 4/9/2024 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 4/9/2024 | Record Lea Sturm. DRO appeared. CP appeared. Enforcement. Rights on the record. Indigency hearing requested. 100% VA disabled. Court finds Respondent is indigent and appoints Donya Gardner. Sworn to reappear 5/28/24. |
| 6/7/2024 | Voucher #614545 approved with modifications , Voucher Signed |
| 6/7/2024 | APALF - FEE AWARDED TO ATTORNEY AD LITEM |
| 6/7/2024 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |

| | |
|---|---|
| 8/13/2024 | DRO appeared. Respondent did not appear, in rehab. Attorney for Respondent on vacation. Case reset to October 8, 2024. |
| 10/8/2024 | Motion for Enforcement. DRO appeared. Gardner appeared for Respondent. Respondent requested Gardner to withdraw from his case a few months ago, but Motion to Withdraw was just filed today. Gardner released and Shiraya Jackson appointed to represent Respondent. Trial reset. |
| 10/14/2024 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD |
| 11/19/2024 | DRO appeared. Jackson appeared for Respondent. Motion to withdraw. This is the second appointed lawyer that seeks to withdraw due to the fact that the Respondent cannot work with them. Respondent filed a grievance against Jackson. Jackson dismissed. DRO waiving contempt. A 3rd lawyer will not be appointed, as it is not required given the withdrawal of contempt. Case filed 2022. Final trial scheduled for December 17, 2024 at 9:00am. Respondent ordered to appear. |
| 11/21/2024 | WDATX - ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED |
| 12/17/2024 | DRO appeared. Respondent appeared pro se. Custodial parent appeared pro se. Enforcement. Objection to AJ. Trial reset by clerk. |
| 1/11/2025 | Voucher #653109 approved, Voucher Signed |
| 1/11/2025 | APALF - FEE AWARDED TO ATTORNEY AD LITEM |
| 1/11/2025 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 2/24/2025 | c/r D. Johnson. Enforcement. DRO represented by counsel. Obligee and Obligor appeared pro se. Respondent failed to pay c/s obligation. Arrearage of $13,600.22 to be paid @ $500/month beginning 3/1/25. Respondent ordered to pay cost of $201.00 by March 28, 2025.<br><br>Order entry 3/7/25. |